# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Roberto M.C.,

          Petitioner,

v.

Markwayne Mullin, et al.,

          Defendants.

**ORDER DISMISSING
PETITION FOR WRIT
OF HABEAS CORPUS**

Civil File No. 26-02554 (MJD/SGE)

Pamela Guerrero, Bienvenidos Law Firm, Inc., LLC, Counsel for Petitioner.

David R. Hackworthy, Assistant United States Attorney, Counsel for Federal Respondents.

On May 28, 2026, the Court granted Petitioner Roberto M.C.,'s Petition for Writ of Habeas Corpus. (Doc. 8.) As part of that Order, Respondents were required to provide Petitioner with a bond hearing within one week after issuance of the Order, file notice of the scheduled hearing directly with the Court, and file a status update after the hearing to inform the Court of the result. (Id.)

On June 1, 2026, Respondents filed what was titled a "status update" with the Court. (Doc. 10.) But Respondents actually re-filed their response to the Petitioner's habeas petition. On June 2, 2026, Respondents filed the correct status

1

update, which informed the Court and Petitioner's counsel that Petitioner's bond hearing was scheduled for the following morning on June 3, 2026. (Doc. 11.)

On June 8, Respondents informed the Court that Petitioner's bond hearing was held, and the Immigration Judge denied the bond after determining that Petitioner failed to establish that he does not pose a danger to the community. (Doc. 13.)

Petitioner's counsel then also filed a status update indicating that Respondents had known of Petitioner's scheduled bond hearing several days before filing notice with the Court. (Doc. 12.) After requesting additional briefing, the Court ultimately issued an amended Order, requiring a second bond hearing. (Doc. 17.)

On June 18, Respondents filed notice that a second bond hearing would take place on June 24, 2026. (Doc. 20.) On June 25, Respondents informed the Court that Petitioner was released from custody under a bond of $9,000. (Doc. 22.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Roberto M.C.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  July 7, 2026                    s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court